**Opinion issued April 1, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00939-CV

———————————

**EFFAT KHORRAMI, Appellant**

**V.**

**RAYMOND H. ROCHON AND COOLERS, INC., Appellees**

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2013-21279

## MEMORANDUM OPINION

On March 24, 2014, Appellant, Effat Khorrami, filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. The motion indicates the parties have conferred and no party is opposed to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.2(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland and Brown.